Alfonzo Fred IACHINO, Defendant-Appellant,

v.

UNITED STATES of America, Plaintiff-Appellee.

No. 29884

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Feb. 4, 1971.

Appeal from the United States District Court for the Eastern District of Louisiana; Edward J. Boyle, Sr., District Judge.

Bernard S. Dolbear, New Orleans, La., for defendant-appellant.

Gerald J. Gallinghouse, U. S. Atty., E. D. of La., Richard M. Olsen, Asst. U. S. Atty., New Orleans, La., Douglas R. Fortney, Dallas, Tex., Atty. for Regional

---

\* Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431 F.2d 409, Part I.

Counsel I. R. S., on brief for plaintiff-appellee.

Before GEWIN, GOLDBERG and DYER, Circuit Judges.

PER CURIAM:

Alfonzo Fred Iachino was found guilty by a jury on three counts of an indictment charging a violation of 26 U.S.C. § 7201 for knowingly and willfully attempting to evade and defeat the wagering excise tax imposed by 26 U.S.C. § 4401 by filing and causing to be filed a false and fraudulent wagering excise tax return. On this appeal he makes the following contentions: (1) he could not possess the requisite scienter to commit the crimes charged because he is a "compulsive gambler"; (2) he was the victim of a legislative scheme of entrapment which constitutes a bill of attainder; (3) he did not receive a fair trial because of improper jury instructions by the court and improper jury argument by government counsel; (4) evidence was improperly admitted against him and he was denied the right of confrontation; and, (5) the court erred in failing to suppress certain evidence alleged to have been obtained as the result of a "sham arrest."

We have considered all of appellant's contentions and find them totally without merit. The judgment of conviction based upon the jury's verdict is affirmed.